IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TSG INDUSTRIES, INC.,

      Appellant,

v.

ARCH INSURANCE
COMPANY AND THE
AUCHTER COMPANY,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1359

_____/

Opinion filed April 25, 2017.

An appeal from the Circuit Court for Duval County.
Harvey L. Jay, Judge.

Leo H. Meirose, Jr. of Meirose & Associates, P.A., Tampa, for Appellant.

Tammy N. Giroux and Duane A. Daiker of Shumaker, Loop & Kendrick, LLP, Tampa; Christopher J. Mueller and Rhonda B. Boggess, Jacksonville, for Appellees.

PER CURIAM.

      AFFIRMED.

LEWIS, MAKAR, and WINSOR, JJ., CONCUR.